UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

MARCO ANTONIO GARCIA

          Defendant.

Case No. 17CR0169-BEN

JUDGMENT OF DISMISSAL

FILED
17 APR 11 PM 1:45
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____MXN_____DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

X the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

X of the offense(s) as charged in the Indictment/Information:

21:952,960,963 - Conspiracy to Import Methamphetamine, Cocaine and Heroin
21:841(a)(1) - Attempt to Possess with Intent to Distribute Methamphetamine, Cocaine and Heroin

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 4/7/2017

_____
Hon. Roger T. Benitez
United States District Judge